UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DONALD B. GRAY, *et al.* on their own behalf and on behalf of a class of persons similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>VECTREN CORPORATION COMBINED NON-BARGAINING RETIREMENT PLAN and VECTREN CORPORATION as plan administrator for the plan,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO: 3:15-cv-31-RLY-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT, AWARD OF ATTORNEY
FEES AND EXPENSES, AND INCENTIVE AWARD**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, individually and on behalf of the Class preliminarily certified by the Court's Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"), by and through Class Counsel, respectfully move for an order: (1) granting final approval of the Settlement Agreement entered into between Plaintiffs and Vectren Corporation Combined Non-Bargaining Retirement Plan and Vectren Corporation that was the subject of the Preliminary Approval Order; (2) granting final certification of the Class preliminarily certified by the Preliminary Approval Order in connection with the proposed settlement of this action; (3) awarding attorney fees and expenses in the aggregate of $188,450 for the services of Class Counsel rendered in the prosecution and settlement of the action; (4) approving an incentive award to the Class Representatives in the amount of $36,550 for their service on behalf of the Class; and (5)

dismissing this action with prejudice. Plaintiffs submit a Memorandum of Law in support contemporaneously herewith along with a proposed Final Order and Judgment.

Respectfully Submitted,

s/ Todd C. Barsumian
Todd C. Barsumian
BARSUMIAN LAW LLC
5455 Old Indiana 261
Newburgh, IN 47630
Telephone:  (812) 490-0820
Facsimile:  (812) 490-0821
E-mail: todd@barsumianlaw.com

and

s/ Kyle F. Biesecker
Kyle F. Biesecker
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone:  (812) 424-1001
Facsimile:  (812) 424-1005
E-Mail: kfb@bdlegal.com

and

s/ Lane C. Siesky
Lane C. Siesky
SIESKY & VIEHE, PC
4424 Vogel Road, Suite 305
Evansville, Indiana 47715
Telephone:  (812) 402-7700
Facsimile:  (812) 402-7744
E-Mail: lane@sieskylaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2017, a copy of the foregoing was served upon all counsel of record filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record.

/s Todd C. Barsumian
Todd C. Barsumian

Case 3:15-cv-00031-RLY-MPB Document 93 Filed 07/05/17 Page 3 of 3 PageID #: 1093